UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HILLMAN LUMBER PRODUCTS, INC. | CIVIL ACTION NO. 06-1204 |
| versus | JUDGE HICKS |
| WEBSTER MANUFACTURING, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 46] is **GRANTED IN PART** by dismissing Count two (fraud) and Count three (wrongful concealment and dispossession) for failure to state a claim upon which relief can be granted. The motion is **DENIED** in all other respects.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of June, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE