UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HILLMAN LUMBER PRODUCTS, INC. | CIVIL ACTION NO. 06-cv-1204 |
| VERSUS | JUDGE HICKS |
| WEBSTER MANUFACTURING, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the court is Plaintiff's Petition for Garnishment seeking to propound garnishment interrogatories to Farmers Bank & Trust in Magnolia, Arkansas. In order to enforce this court's money judgment in another district, the judgment must first be registered in the other district. See 28 U.S.C. § 1963; Wright, Miller & Marcus, Federal Practice and Procedure, § 3012, at pp. 146-147 and § 2787, at pp. 29-36. This court's process for the enforcement of a money judgment is subject to the territorial limits of Fed. R. Civ. Proc. 4.1. Accordingly, the petition is **denied**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of June, 2010.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE